# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>                  Petitioner,<br><br>   v.<br><br>DANIEL M. RENAUD, et al.,<br><br>                  Respondents. | Case No. C20-1094-MJP-MLP<br><br>ORDER DIRECTING GOVERNMENT TO FILE STATUS UPDATE REGARDING PETITIONER'S REMOVAL |

Petitioner is proceeding *pro se* in this 28 U.S.C. § 2241 immigration habeas action. On July 15, 2020, and August 6, 2020, Petitioner filed emergency motions seeking a stay of removal. (Dkt. ## 2, 7.) The Honorable Marsha J. Pechman denied the motions without obtaining briefing from the Government because Petitioner had not asserted any argument in support of his requests for a stay. (Dkt. ## 5, 11.) On August 10, 2020, Petitioner filed a third motion requesting a stay of removal, this time with supporting arguments. (Dkt. # 12.) Petitioner did not, however, identify whether his removal is imminent.

Accordingly, the Court ORDERS the Government to file a status update setting forth the timeline for Petitioner's removal. The Government's status update is due by no later than **noon**

**on August 13, 2020**. The Court will set a briefing schedule on Petitioner's motion for a stay of removal after reviewing the Government's submission.

The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 11th day of August, 2020.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT TO FILE
STATUS UPDATE REGARDING PETITIONER'S
REMOVAL - 2