UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEMO GAHANO,

                Petitioner,

    v.

DANIEL M. RENAUD, et al.,

                Respondents.

Case No. C20-1094-MJP-MLP

ORDER DENYING THIRD MOTION FOR STAY OF REMOVAL

Petitioner is proceeding *pro se* in this 28 U.S.C. § 2241 immigration habeas action. On July 15, 2020, Petitioner filed an emergency motion seeking a stay of removal. (Dkt. # 2.) The Court denied the motion the following day, explaining that Petitioner had not demonstrated he satisfied any of the factors required to obtain a stay. (Dkt. # 5.) On August 6, 2020, Petitioner filed a second emergency motion seeking a stay of removal (dkt. # 7). The Court also denied this motion because Petitioner did not support his request for relief with substantive arguments (dkt. # 11).

    Now before the Court is Petitioner's third motion for a stay of removal that for the first time raises substantive arguments in favor of a stay. (Dkt. # 12.) The Government has informed the Court, however, that the Ninth Circuit has already stayed Petitioner's removal. (Dkt. # 14

(citing *Gahano v. Barr*, No. 18-72796 (9th Cir.)).) Because Petitioner is already subject to a stay of removal, the Court DENIES Petitioner's motion for a stay of removal in these proceedings (dkt. # 12).

The Clerk is directed to send a copy of this Order to the parties and the Honorable Michelle L. Peterson.

DATED this _14th_ day of August, 2020.

Marsha J. Pechman
United States Senior District Judge

Recommended for Entry
this 14th of August, 2020.

/s/ Michelle L. Peterson
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING THIRD MOTION FOR STAY
OF REMOVAL - 2