UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>                Petitioner,<br><br>   v.<br><br>DANIEL M. RENAUD, et al.,<br><br>                Respondents. | Case No. C20-1094-MJP-MLP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Petitioner's motion for an extension of time to respond to Respondents' answer (dkt. # 18) is GRANTED. Petitioner may file a response by **October 19, 2020**, and Respondents may file a reply by **October 23, 2020**. The Clerk is directed to RE-NOTE Respondents' answer (dkt. # 16) for October 23, 2020. The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 23rd day of September, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1