UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>               Petitioner,<br><br>   v.<br><br>DANIEL M. RENAUD, et al.,<br><br>               Respondent. | Case No. C20-1094-MJP-MLP<br><br>ORDER DIRECTING GOVERNMENT TO FILE UPDATE REGARDING REMOVAL |

This is a 28 U.S.C. § 2241 habeas action. The Ninth Circuit has denied Petitioner's petition for review, and the mandate issued on November 2, 2020, terminating the stay of removal. The Court attempted to determine Petitioner's custody status via ICE's online detainee locator but was unable to confirm whether Petitioner remains in custody. By **November 27, 2020**, the Government shall provide an update regarding Petitioner's removal and, if he has been removed, address whether this matter is moot. The Clerk is directed to RE-NOTE the Government's return memorandum (Dkt. # 16) for November 27, 2020 and send copies of this order to the parties and to the Honorable Marsha J. Pechman.

\\

\\

ORDER DIRECTING GOVERNMENT TO
FILE UPDATE REGARDING REMOVAL - 1

1  Dated this 12th day of November, 2020.

*(signature)*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING GOVERNMENT TO
FILE UPDATE REGARDING REMOVAL - 2