UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL M. RENAUD, et al.,<br><br>　　　　　　　Respondents. | Case No. C20-1094-MJP-MLP<br><br>ORDER APPOINTING COUNSEL |

On January 7, 2021, this Court determined that appointment of counsel was appropriate at this stage of the proceedings in this matter and referred it to the Pro Bono Panel to identify an attorney to represent Plaintiff. (Dkt. # 29 at 4-5.)

Based on the Pro Bono Panel's recommendation, the Court appoints Brandon M. Stevens with Phillips Law Firm, 17410 133rd Ave. NE #301, Woodinville, WA 98072, 425-482-1111, barrister.stevens@icloud.com as counsel for Plaintiff pursuant to the "Amended Plan of the U.S. District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Actions" ("Pro Bono Plan"). The Court additionally appoints Devin T. Theriot-Orr with Open Sky Law PLLC, 20415 72nd Ave. S., Suite 110, Kent, WA 98032,

ORDER APPOINTING COUNSEL - 1

206-962-5052, devin@opensky.law as counsel for Plaintiff pursuant to Section 4(b) of the Pro Bono Plan.

Counsel are directed to file a Notice of Appearance on or before **February 2, 2021**. If Plaintiff's counsel is unable for a reason set forth in the Pro Bono Plan to assume this representation, they should immediately file a motion for relief from appointment. In the event that Plaintiff prevails, appointed counsel may move for an award of attorney's fees under any applicable authority. However, the Court is unable to assure counsel of compensation from any other source.

The Clerk is directed to send copies of this Order to the parties.

Dated this 26th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2