UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEME GAHANO,

                Petitioner,

   v.

DANIEL M. RENAUD, et al.,

                Respondents.

Case No. C20-1094-MJP-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 1, 2021, Petitioner filed a reply addressing Petitioner's pending motion for stay of removal (dkt. # 25). (Dkt. # 39.) In his reply, Petitioner's pro bono counsel represented he was not aware of a legal basis for Petitioner's requested stay of removal at the present time. (*Id.* at 3.) However, Petitioner's counsel stated that he would like an opportunity to brief Petitioner's continued detention without bond in regard to Respondents' motion to dismiss (dkt. # 16). (*Id.* at 4.) Petitioner's counsel noted that, given current conditions in Ethiopia, it is uncertain Respondents will be able to remove the Petitioner in the reasonably foreseeable future under *Zadvyadas v. Davis*, 533 U.S. 678 (2001). (*Id.*)

MINUTE ORDER - 1

Accordingly, given Petitioner's request, Respondents are ORDERED to inform the Court by **March 17, 2021**, on Respondents' position concerning whether an extension of time on Respondents' motion to dismiss (dkt. # 16) is appropriate to allow Petitioner's pro bono counsel an opportunity to file a brief addressing Petitioner's detention. The Clerk is directed to provide the parties and the Honorable Marsha J. Pechman a copy of this Minute Order.

Dated this 10th day of March, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk

MINUTE ORDER - 2