UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEME GAHANO,

        Petitioner,

v.

DANIEL M. RENAUD, *et al.*,

        Respondents.

Case No. C20-1094-MJP-MLP

ORDER

This matter comes before the Court on a 28 U.S.C. § 2241 immigration habeas action. On June 3, 2021, the parties filed a joint status report. (Dkt. # 60.) Per the joint status report, though Respondents previously represented Petitioner Denge Leme Gahano ("Petitioner") was scheduled to be removed on June 4, 2021 (Dkt. # 53 at 1), Respondents now confirm Petitioner is scheduled for a charter flight later in June 2021. (Dkt. # 60 at 1.) As a result, Petitioner indicates he plans to bring a motion for a temporary restraining order ("TRO") in this Court on June 7, 2021. (*Id.*) Petitioner's TRO motion would seek to stay his removal until 30 days after the issuance of any adverse decision by the Board of Immigration Appeals on a pending motion to reopen to allow him to seek review, and a stay of removal, from the Ninth Circuit. (*Id.*)

The Court, having reviewed the parties' joint status report, hereby ORDERS as follows:

ORDER - 1

(1) Petitioner shall file his TRO motion on **June 7, 2021,** and note the matter for this Court's consideration on **June 15, 2021**. This Court will prepare a recommendation for the Honorable Marsha J. Pechman's consideration;

(2) Respondents shall file their response on or before **June 14, 2021;**

(3) Petitioner shall file his reply on **June 15, 2021**;

(4) The Clerk is directed to provide a copy of this Order to the parties and to Judge Pechman.

Dated this 4th day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2