UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DENGE LEMO GAHANO,

                Petitioner,

     v.

DANIEL M. RENAUD, *et al.*,

                Respondents.

Case No. C20-1094-MJP-MLP

ORDER ADOPTING REPORT AND RECOMMENDATION

      Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, Petitioner's Objections (Dkt. No. 71), Respondents' Response to the Objections (Dkt. No. 73), and all supporting materials, and the remaining record, the Court finds and ORDERS:

      (1)     The Court ADOPTS the Report and Recommendation, which correctly assessed the record and the legal standards applicable to Petitioner's continued detention;

      (2)     Because Petitioner has been removed from the United States on August 4, 2021, his Petition—which challenges only his continued detention and not the basis for his removal—is MOOT. See Declaration of Mihaela Hammer ¶ 3 (Dkt. No. 73-1); Abdala v. INS, 488 F.3d 1061, 1065 (9th Cir. 2007).

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

| | | |
|---|---|---|
|  | (3) | The Government's motion to dismiss (dkt. # 16) is GRANTED; |
|  | (4) | Petitioner's amended habeas petition (dkt. # 9) is DENIED; and |
|  | (5) | The Clerk is directed to send copies of this Order to the parties and to Judge Peterson. |

Dated this 18th day of August, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2