UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO, <br><br> Petitioner, <br><br> v. <br><br> DANIEL M RENAUD, et al., <br><br> Respondents. | CASE NO. C20-1094 MJP <br><br> ORDER RE: NOTICES OF WITHDRAWAL |

The Court raises this matter <u>sua</u> <u>sponte</u>. Counsel for Petitioner both filed notices of withdrawal. (Dkt. Nos. 76 and 77.) Counsel have not complied with Local Rule 83.2(b). Counsel may seek to withdraw, but they must both comply fully with the requirements set forth in Local Rule 83.2(b). At present, the notices of withdrawal are ineffective, and counsel's duties to Petitioner continue. <u>See</u> Local Rule 83.2(b)(7).

\\

\\

\\

ORDER RE: NOTICES OF WITHDRAWAL - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated September 9, 2021.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER RE: NOTICES OF WITHDRAWAL - 2