UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENGE LEMO GAHANO,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>DANIEL M RENAUD, et al.,<br><br>　　　　　　　Respondents. | CASE NO. C20-1094 MJP<br><br>ORDER GRANTING MOTION TO WITHDRAW |

This matter comes before the Court on counsel for Petitioner's Motion to Withdraw. (Dkt. No. 79.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion.

Petitioner's pro bono counsel seek to withdraw from this matter in light of the Court's Order adopting the Report and Recommendation and dismissing this action and Petitioner's habeas petition. Counsel also notes that they are unable to communicate with Petitioner since his arrival in Ethiopia. Counsel for Respondents do not oppose the motion.

ORDER GRANTING MOTION TO WITHDRAW - 1

1       The Court finds that withdrawal is permissible given the facts and circumstances

2 presented. See <u>Fujifilm Sonosite, Inc. v. Imaging Specialists Grp., LLC</u>, No. C13-983 RSM,

3 2014 WL 1400992, at *1 (W.D. Wash. Apr. 10, 2014) (noting the Court's broad discretion in

4 permitting withdrawal of counsel). Here, counsel argues that withdrawal should be permitted

5 given the posture of this case and Rules 1.4(a)(2) and 1.16(b)(1) of the Washington Rules of

6 Professional Conduct. The Court finds good cause to permit withdrawal. Petitioner's habeas

7 petition has been dismissed in light of his removal from the United States. As the Court

8 understands it, there are no further issues to be litigated. Counsel's withdrawal will not have a

9 materially adverse impact on Petitioner. See Wash. R.P.C. 1.16(b)(1). And counsel does not have

10 an apparent ability to communicate with Petitioner, which adversely impacts counsel's ability to

11 provide any further representation. Lastly, counsel has complied with Local Rule 83.2(b),

12 providing the best available contact information for Petitioner. On this record, the Court finds

13 good cause and GRANTS the Motion and counsel's request to withdraw from representation in

14 this matter.

15       The clerk is ordered to provide copies of this order to Petitioner by email and U.S. Mail

16 and all counsel.

17       Dated November 2, 2021.

                                                                    Marsha J. Pechman
                                                                    United States Senior District Judge